**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>VY PHAM, a/k/a/ "msvy_crypto,"<br><br>　　　　　　　　Defendant. | Civil Action No. 24-cv-12588 (AK) |

<u>STATUS UPDATE</u>

Plaintiff Securities and Exchange Commission (the "Commission") submits this status report in the above-captioned case.  On March 25, 2025, the Court entered a Judgment as to Defendant Vy Pham.  *See* Dkt. No. 9.  The Judgment, which was filed with the consent of both parties, explicitly provided that the Defendant shall pay disgorgement of ill-gotten gains, prejudgment interest, and a potential civil penalty of an amount that shall be determined by the Court upon motion of the Commission.  *See Id.* Section VII.  On June 5, 2024, Defendant Pham pled guilty in a parallel criminal action before this Court, *U.S. v. Pham, 24-cr-10137*, and was released on supervised release.  The matter was unsealed on October 9, 2024, and Pham has not appeared for sentencing.  Under the facts and circumstances of this particular matter, Counsel for the Commission no longer intends to return to the Court to make a motion for determination of monetary remedies. As there are no longer any open issues related to the Judgment entered on March 25, 2025 and the matter was closed on that date, there is no further action necessary by the Court.

Dated:  March 31, 2026

Respectfully submitted,

SECURITIES AND EXCHANGE
COMMISSION

By its Attorneys,

*/s/ Amy Harman Burkart*
Amy Harman Burkart (Mass. Bar No.
651828)
Boston Regional Office
33 Arch Street
Boston, MA  02110

2

## <u>CERTIFICATE OF SERVICE</u>

I, Amy Harman Burkart, certify that on March 31, 2026, I filed the foregoing motion electronically with the Court. The filing will be sent to the registered participants as identified on the Notice of Electronic Filing and may also be accessed through the Court's ECF system.

_/s/ Amy Harman Burkart_
Amy Harman Burkart